# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DWAYNE JOSEPH MIDDLETON,**<br>**# Y21267** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| vs. | ) Case No. 18−cv−1995−JPG<br>)<br>) |
| **JANE DOE**, *Nurse Practitioner, Franklin County Jail*, and<br>**JANE DOE**, *Doctor, Franklin County Jail*, | )<br>)<br>)<br>) |
| **Defendants.** | )<br>) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

Plaintiff Dwayne Joseph Middleton, formerly an inmate in the Franklin County Jail, filed this action pursuant to 42 U.S.C. § 1983 for deprivations of his constitutional rights. He alleged he was denied medical treatment and medication for his Tourette Syndrome and suffered injuries as a result of the untreated condition. The Complaint did not survive screening because Plaintiff failed to identify any particular individual associated with his claims. (Doc. 6). On January 14, 2019, the Court dismissed the Complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2). Plaintiff was granted leave to file a First Amended Complaint on or before February 11, 2019. (Doc. 6, p. 3). He was warned that the case would be dismissed with prejudice if he failed to take any action by this deadline. *Id*.

On January 30, 2019, Plaintiff filed a "Motion to Amend Complaint" restating the allegations in the Complaint and, again, failing to identify any particular individual associated with his claims. (Doc. 7). The Court denied the motion as unnecessary and instructed Plaintiff that he had until February 11 to file an amended complaint. Plaintiff missed the deadline. Almost two

weeks have passed since it expired. He has not requested an extension or filed an amended complaint.

The Court will not allow this matter to linger indefinitely. Accordingly, this action shall be **DISMISSED with prejudice** for failure to comply with the Court's Order (Doc. 6, p. 3) to file an amended complaint and failure to prosecute his claims. *See* Fed.R.Civ.P. 41(b).

### Disposition

**IT IS HEREBY ORDERED** that this action is **DISMISSED with prejudice** based on Plaintiff's failure to comply with the Court's Order (Doc. 6) to file a First Amended Complaint and to prosecute his claims. Fed.R.Civ.P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). Further, because the Complaint failed to state a claim upon which relief may be granted, this dismissal shall count as one of Plaintiff's three allotted "strikes" within the meaning of 28 U.S.C. § 1915(g).

Plaintiff is further **ADVISED** that his obligation to pay the filing fee for this action was incurred at the time the action was filed. Therefore, the filing fee of $350.00 remains due and payable.[1] *See* 28 U.S.C. § 1915(a)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

If Plaintiff wishes to appeal this Order, he must file a notice of appeal with this Court within thirty days of the entry of judgment. Fed. R. App. 4(a)(1)(A). If Plaintiff chooses to appeal, he will be liable for the $505.00 appellate filing fee irrespective of the outcome of the appeal. *See* Fed.R.App. 3(e); 28 U.S.C. § 1915(e)(2); *Ammons v. Gerlinger*, 547 F.3d 724, 725-26 (7th Cir. 2008); *Sloan v. Lesza*, 181 F.3d 857, 858-59 (7th Cir. 1999); *Lucien*, 133 F.3d at 467. He must list each of the issues he intends to appeal in the notice of appeal and his motion for leave to appeal *in forma pauperis*. *See* Fed.R.App.P. 24(a)(1)(C). A proper and timely motion filed pursuant to

---

[1] Pursuant to 28 U.S.C. § 1914, effective May 1, 2013, an additional $50.00 administrative fee is also to be assessed in all civil actions, *unless* pauper status has been granted.

Federal Rule of Civil Procedure 59(e) may toll the 30-day appeal deadline. Fed.R.App.P. 4(a)(4). A Rule 59(e) motion must be filed no more than twenty-eight (28) days after the entry of judgment, and this 28-day deadline cannot be extended.

The Clerk's Office is **DIRECTED** to close this case and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: February 26, 2019**

*s/J. Phil Gilbert*
**United States District Judge**