IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DWAYNE JOSEPH MIDDLETON, #Y21267,<br><br>Plaintiff,<br><br>vs.<br><br>JANE DOE, *Nurse Practitioner, Franklin County Jail*, and<br>JANE DOE, *Doctor, Franklin County Jail*,<br><br>Defendants. | Case No. 18−cv−1995−JPG |

# JUDGMENT IN A CIVIL CASE

**GILBERT, District Judge:**

This action came before the Court, District Judge J. Phil Gilbert, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendants. Plaintiff shall recover nothing, and the action is **DISMISSED with prejudice**, the parties to bear their own costs. This dismissal shall count as a "strike" under 28 U.S.C. § 1915(g).

**DATED:** February 26, 2019

MARGARET M. ROBERTIE, CLERK OF COURT

By: *s/ Tanya Kelley*
Deputy Clerk

APPROVED: *s/J. Phil Gilbert*
J. PHIL GILBERT
United States District Judge